Neil D. McFeeley, ISB # 3564
**EBERLE, BERLIN, KADING,**
**TURNBOW & MCKLVEEN, CHTD**.
1111 West Jefferson, Ste 530
PO Box 1368
Boise, ID  83701
Telephone: (208) 344-8535
 Facsimile: (208) 344-8542
     E-mail: nmcfeeley@eberle.com


Attorneys for Defendant Idahoan Foods LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| BRIGIOTTA'S FARMLAND PRODUCE AND GARDEN CENTER, INC., on behalf of itself and all others similarly situated,<br><br>                            Plaintiff,<br><br>vs.<br><br>UNITED POTATO GROWERS OF IDAHO, INC.; UNITED POTATO GROWERS OF AMERICA, INC.; UNITED II POTATO GROWERS OF IDAHO, INC.; ALBERT WADA; WADA FARMS, INC.; WADA FARMS POTATOES, INC; WADA-VAN ORDEN POTATOES, INC.; WADA FARMS MARKETING GROUP, LLC; DOLE FRESH VEGETABLES, INC.; DOLE FOOD CO.; BLAINE LARSEN FARMS, INC.; POTANDON PRODUCE LLC; GENERAL MILLS, INC.; MICHAEL CRANNEY, DBA CRANNY FARMS; CORNELISON FARMS, INC.; SNAKE RIVER PLAINS POTATOES, INC.; DRISCOLL POTATOES, INC.; LANCE FUNK, DBA LANCE FUNK FARMS; RIGBY PRODUCE, INC.; PLEASANT VALLEY POTATO, INC.; RAYBOULD BROTHERS FARMS LLC; RD OFFUTT CO.; AND IDAHOAN FOODS, LLC; AND BAYER CROPSCIENCE LLP,<br><br>                            Defendants. | **Case No. 4:10-CV-00307-BLW**<br><br><br>**STIPULATION RE EXTENSION TO FILE RESPONSIVE PLEADING** |

**STIPULATION RE EXTENSION TO FILE RESPONSIVE PLEADING** - 1
38011-1/00195365.000

Defendant Idahoan Foods LLC ("Idahoan") and Plaintiff hereby enter into this Stipulation allowing Idahoan an extension to respond to Plaintiffs' Complaint. By agreement of the parties, Idahoan's response is currently due July 21, 2010. Said responsive pleading shall be filed no later than September 15, 2010.  Plaintiff further stipulates that the filing of this Stipulation shall not constitute a procedural or substantive waiver of any rights or defenses, including, but not limited to Idahoan's right to file a pre-answer Motion to Dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated this 19th day of July, 2010.

**GORDON LAW OFFICES**

/s/ Bruce S. Bistline
Phillip H. Gordon
Bruce S. Bistline

Attorneys for Plaintiff Brigiotta's Farmland Produce And Garden Center, Inc.

**HAUSFIELD LLP**

/s/ Bruce S. Bistline for
James J. Pizzirusso

Attorneys for Plaintiff Brigiotta's Farmland Produce And Garden Center, Inc.

**EBERLE, BERLIN, KADING, TURNBOW, & MCKLVEEN, CHARTERED**

/s/    Neil D. McFeeley
Neil D. McFeeley for the Firm
Attorneys for Defendant Idahoan Foods LLC

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was electronically filed with the U.S. District Court on the _____ day of July, 2010.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Bruce S. Bistline<br>Phillip H. Gordon<br>**GORDON LAW**<br><br>James J. Piszzirusso<br>**HAUSFIELD, LLP**<br><br>*Attorneys for Plaintiff*<br>*Brigiotta's Farmland Produce and*<br>*Garden Center, Inc.* | Email: bbistline@gordonlawoffices.com<br>Email: pgordon@gordonlawoffices.com<br><br>Email: jpizzirusso@hausfeldllp.com |

        _____/s/_____ Neil D. McFeeley
        Attorneys for Defendant Idahoan Foods LLC

**STIPULATION RE EXTENSION TO FILE RESPONSIVE PLEADING** - 3
38011-1/00195365.000