5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

BRIGIOTTA'S FARMLAND PRODUCE )
AND GARDEN CENTER, INC. )
) Case No. CV-10-00307-BLW
)
v. ) APPLICATION FOR ADMISSION
UNITED POTATO GROWERS OF IDAHO, ) PRO HAC VICE
INC., et al. )
)
) Fee: $200.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Eric P. Enson, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Bayer CropScience LP.

The applicant hereby attests as follows:

1. Applicant resides in Los Angeles, California, and practices at the following address and phone number 555 South Flower St., Fiftieth Floor, Los Angeles, CA 90071; telephone: 213.243.2304; facsimile: 213.243.2539; e-mail: epenson@jonesday.com

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| California | 1999 |
| United States District Courts, California | 1999 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Brad P. Miller, a member in good standing of the bar of this court, of the firm of Hawley Troxell Ennis & Hawley LLP, practices at the following office address and phone number: 877 Main Street, Suite 1000, Boise, ID 83702; telephone: (208) 344-6000.

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 11th day of August, 2010.

Applicant                                  Designee

Signed under penalty of perjury.