UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 4:10-MD-02186-BLW<br><br>**ORDER RE: PAGE LIMITS FOR INITIAL DISPOSITIVE MOTIONS** |

Pursuant to the stipulation of counsel, and for good cause appearing, the page limits for the initial round of dispositive motions are as follows:

For each complaint, the Defendants may collectively file a joint dispositive motion with a supporting memorandum not to exceed 50 pages. The Direct Plaintiffs and the Indirect Plaintiffs may each file an opposing memorandum not to exceed 50 pages. The Defendants may collectively file a reply memorandum to each opposing memorandum not to exceed 25 pages.

In addition, Defendants may file individual dispositive motions to each complaint as follows:

- Defendants United Potato Growers of Idaho, Inc.; United Potato Growers of America, Inc.; United II Potato Growers of Idaho, Inc.; Albert Wada; Wada Farms, Inc.; Wada Farms Potatoes, Inc.; Wada-Van Orden Potatoes,

1

Inc.; Wada Farms Marketing Group, LLC; Michael Cranney; Cornelison Farms, Inc.; Keith Cornelison; Lance Funk; Raybould Brothers Farms LLC may file supporting memoranda not to exceed 50 pages in the aggregate and reply memoranda not to exceed 25 pages in the aggregate. The Direct Plaintiffs and the Indirect Plaintiffs may each file an opposing memorandum not to exceed 50 pages in the aggregate.

- Defendants Blaine Larsen Farms, Inc.; Blaine Larsen; Rigby Produce, Inc.; and Driscoll Potatoes, Inc. may file supporting memoranda not to exceed 30 pages in the aggregate and reply memoranda not to exceed 15 pages in the aggregate. The Direct Plaintiffs and the Indirect Plaintiffs may each file an opposing memorandum not to exceed 30 pages in the aggregate.

- Defendants Dole Fresh Vegetables, Inc. and Dole Food Co. may collectively file a supporting memorandum not to exceed 20 pages and reply memorandum not to exceed 10 pages. The Direct Plaintiffs and the Indirect Plaintiffs may each file an opposing memorandum not to exceed 20 pages.

- Defendants Potandon Produce LLC; General Mills, Inc.; Pleasant Valley Potato, Inc.; RD Offutt Co.; Idahoan Foods, LLC; and Bayer CropScience, LP may each file supporting memoranda not to exceed 20 pages and reply memoranda not to exceed 10 pages. The Direct Plaintiffs and the Indirect Plaintiffs each may file opposing memoranda not to exceed 20 pages.

- To the extent the Direct Plaintiffs and/or the Indirect Plaintiffs elect to file a consolidated response to some or all of the Defendants' motions, the page limit on such a response consists of the aggregate number of pages in the initial memoranda submitted by the Defendants to which the consolidated opposing memoranda are being made.

DATED: February 2, 2011

B. LYNN WINMILL
Chief U.S. District Court Judge