5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

BRIGIOTTA'S FARMLAND PRODUCE )
AND GARDEN CENTER, INC., )   Case No. 4:10-cv-00307-BLW
          Plaintiff, )
v. )   APPLICATION FOR ADMISSION
UNITED POTATO GROWERS OF IDAHO, )   PRO HAC VICE
INC, et al. )
          Defendants. )
)   Fee: $200.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, D. Scott Macrae, hereby applies for admission pro hac vice to appear and participate in this case on behalf of plaintiff Brigiotta's Farmland Produce and Garden Center, Inc.

The applicant hereby attests as follows:

1. Applicant resides in San Diego, California, and practices at the following address and phone number Steyer Lowenthal Boodrookas Alvarez & Smith LLP, One California Street, Third Floor, San Francisco, California 94111, tel. (415) 421-3400

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Supreme Court of California | Dec. 3, 1982 |
| U.S. District Court, Northern District of California | Dec. 3, 1982 |
| U.S. District Court, Central District of California | July 14, 2000 |
| U.S. District Court, Southern District of California | Feb. 9, 1987 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Philip Gordon, a member in good standing of the bar of this court, of the firm of Gordon Law Offices, practices at the following office address and phone number: 623 W. Hays Street, Boise, ID 83702, tel. (208) 345-7100

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 17th day of March, 2011.

/s/ D. Scott Macrae
Applicant

Signed under penalty of perjury.

Designee