Christopher E. Ondeck (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 624-2500
Fax: (202) 628-5116

Winston V. Beard (ISB No. 1138)
Michael D. Gaffney (ISB No. 3558)
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, ID  83404-7495
Telephone: (208) 523-5171
Fax: (208) 529-9732

*Counsel for Defendant Potandon Produce L.L.C.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:10-md-02186-BLW<br><br>**POTANDON PRODUCE L.L.C.'S JOINDER IN MOTION TO DISMISS THE INDIRECT PURCHASERS' CLAIMS** |

1

Defendant Potandon Produce, L.L.C. ("Potandon"), by and through its counsel of record, hereby joins in the "Motion to Dismiss the Indirect Purchasers' Claims," filed today by Defendants United Potato Growers of Idaho, Inc.; United Potato Growers of America, Inc.; United II Potato Growers of Idaho, Inc.; Albert Wada; Wada Farms, Inc.; Wada Farms Potatoes, Inc.; Wada-Van Orden Potatoes, Inc.; Wada Farms Marketing Grouop, LLC; Michael Cranney; Keith Cornelison; Cornelison Farms, Inc.; Snake River Plains Potatoes, Inc.; Lance Funk; and Raybould Brother Farms, LLC, as if set forth by Potandon herein.

Potandon does not waive and expressly reserves its right to move for dismissal of the *Florez v. Idahoan Foods, LLC*, Idaho Case No. 10-cv-583, N.D. Cal. Case No. 10-cv-3984 (filed 9/3/10), and *Marvilla v. United Potato Growers of Idaho, Inc.*, Idaho Case No. 10-cv-575, N.D. Cal. Case No. 10-cv-3954 (filed 9/2/10), actions for insufficient and untimely service of process pursuant to Federal Rules of Civil Procedure 4(m) and 12(b)(4) and (5).

Dated:  March 18, 2011                    /s/ *Christopher E. Ondeck*

                                          Christopher E. Ondeck (*pro hac vice*)
                                          Matthew J. McBurney (*pro hac vice*)
                                          CROWELL & MORING LLP
                                          1001 Pennsylvania Avenue, N.W.
                                          Washington, D.C.  20004
                                          Telephone: (202) 624-2500
                                          Fax: (202) 628-5116

                                          Winston V. Beard (ISB No. 1138)
                                          Michael D. Gaffney (ISB No. 3558)
                                          BEARD ST. CLAIR GAFFNEY PA
                                          2105 Coronado Street
                                          Idaho Falls, ID  83404-7495
                                          Telephone: (208) 523-5171
                                          Fax: (208) 529-9732

                                          *Counsel for Defendant Potandon Produce L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2011, a true and correct copy of the foregoing was caused to be filed with CM/ECF with service by electronic mail to the following:

| | | |
|---|---|---|
| Albert P. Barker<br>abp@idahowaters.com | David J. Syrios<br>dsyrios@ademilaw.com | Jay S. Cohen<br>jcohen@srkw-law.com |
| Allen Steyer<br>asteyer@steyerlaw.com | David R. Lombardi<br>drl@givenspursley.com | Jeffrey Alan LeVee<br>jlevee@jonesday.com |
| Andrew G. Deiss<br>adeiss@joneswaldo.com | Donald Amamgbo<br>Donald@amamgbolaw.com | Jeffrey L. Spector<br>jspector@srkw-law.com |
| Andrew H. Stone<br>astone@joneswaldo.com | Donald M. Barnes<br>dbarnes@porterwright.com | John M. Avondet<br>javondet@beardstclair.com |
| Arthur N. Bailey, Jr.<br>abailey@hausfeldllp.com | Douglas A. Millen<br>dmillen@fklmlaw.com | Jon T. King<br>jking@hausfeldllp.com |
| Bart M. Davis<br>bmdavis@bmdlaw.net | Elizabeth McKenna<br>emckenna@milberg.com | Joseph Michael Barton<br>jbarton@glancylaw.com |
| Benjamin Andrew Schwartzman<br>bschwartzman@bwslawgroup.com | Eric P. Enson<br>epenson@jonesday.com | Julio Joaquin Ramos<br>ramosfortrustee@yahoo.com |
| Billie J. Siddoway<br>bsiddoway@joneswaldo.com | Eugene A. Spector<br>espector@srkw-law.com | Kimberly A. Kralowec<br>kkralowec@kraloweclaw.com |
| Bonny E. Sweeney<br>bonnys@rgrdlaw.com | Gregort L. Crockett<br>gregcrockett@hopkinsroden.com | Lionel Z. Glancy<br>lglancy@glancylaw.com |
| Brad P. Miller<br>bmiller@hawleytroxell.com | Guri Ademi<br>gademi@ademilaw.com | Loren Block<br>lblock@milberg.com |
| Bruce S. Bistline<br>bbistline@gordonlawoffices.com | Hollis Salzman<br>hsalzman@labaton.com | Mark A Griffin<br>mgriffin@kellerrohrback.com |
| Carmen A. Medici<br>cmedici@rgrdlaw.com | James A. Wilson<br>jawilson@vorys.com | Matthew S. Wild<br>mwild@wildlawgroup.com |
| Chad V. Bonanni<br>chad@essex.bpflegal.com | James E. Hartley<br>jhartley@hollandhart.com | Michael M. Goldberg<br>mmgoldberg@glancylaw.com |
| Daniel G. Swanson<br>dswanson@gibsondunn.com | James Pizzirusso<br>jpizzirusso@hausfeldllp.com | Michael Hausfeld<br>mhausfeld@hausfeldllp.com |
| Daniel M. Cohen<br>danielc@cuneolaw.com | James S. Lowrie<br>jlowrie@jonewaldo.com | Michael D. Gaffney<br>gaffney@beardstclair.com |
| David T. Biderman<br>dbiderman@perkinscoie.com | Jay L. Himes<br>jhimes@labaton.com | Michael Kowsari<br>mkowsari@girardikeese.com |

| | | |
|---|---|---|
| Michael P. Lehmann<br>mlahmann@hausfeldllp.com | Robert Rosenfeld<br>rrosenfeld@orrick.com | Steven A. Asher<br>asher@wka-law.com |
| Mindee J. Reuben<br>reuben@wka-law.com | Ronald J. Aranoff<br>aranoff@bernlieb.com | Steven A. Kanner<br>skanner@fklmlaw.com |
| Monte N. Stewart<br>stewart@belnaplaw.com | Salvatore A. Romano<br>sromano@porterwright.com | Steven B. Andersen<br>sandersen@hollandhart.com |
| Neil D. McFeeley<br>nmcfeeley@eberle.com | Samuel G. Liversidge<br>sliversidge@gibsondunn.com | Susan G. Kupfer<br>skupfer@glancylaw.com |
| Paul Novak<br>pnovak@milberg.com | Sharron Williams Gelobter<br>sgelobter@yurumeinlaw.com | Wade L. Woodard<br>wwoodard@bwslawgroup.com |
| Peter Safirstein<br>psafirstein@milberg.com | Shpetim Ademi<br>sademi@ademilaw.com | William Greene<br>William.greene@leonard.com |
| Philip Howard Gordon<br>pgordon@gordonlawoffices.com | Stephen Bomse<br>sbomse@orrick.com | William V. Reiss<br>wreiss@labaton.com |
| Reginald Von Terrell<br>Reggie2@aol.com | Stephen R. Thomas<br>srt@moffatt.com | Winston Beard<br>winston@beardstclair.com |
| Richard C. Boardman<br>rboardman@perkinscoie.com | | |

In addition, a true and correct copy of the foregoing was caused to be sent by electronic mail to the following attorneys not registered to receive electronic notice via CM/ECF:

Phillip A. Proger
paproger@jonesday.com

/s/ *Christohper E. Ondeck*