Neil D. McFeeley, ISB # 3564
EBERLE, BERLIN, KADING,
TURNBOW & MCKLVEEN, CHTD.
1111 West Jefferson, Ste 530
PO Box 1368
Boise, ID 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
E-mail: nmcfeeley@eberle.com

James A. Wilson, Ohio State Bar # 0030704
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-5606
Facsimile: (614) 719-5039
E-mail: jawilson@vssp.com

Attorneys for the Defendant Idahoan Food, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE:  FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>   ALL ACTIONS | Case No. 4:10-md-02186-BLW<br><br>JOINDER OF DEFENDANT IDAHOAN FOODS, LLC 'S IN MOTION TO DISMISS INDIRECT PURCHASERS' CLAIMS |

Defendant Idahoan Foods, LLC ("Idahoan") joins in the Motion to Dismiss the Indirect Purchasers' Claims of Cornelison Farms, Inc., Lance Funk, Wada Farms, Inc., Wada Farms Potatoes, Inc., Albert T Wada, United II Potato Growers of Idaho, Inc., United Potato Growers of Idaho, Inc., United Potato Growers of America, Inc., Wada-Van Orden Potatoes, Inc., Wada Farms Marketing Group, LLC., Snake River Plains Potatoes, Inc., Raybould Brothers Farms, LLC, Michael Cranney, and Keith Cornelison filed on March 18, 2011 (Doc. #82 in Case No. 4:10-md-02186-BLW).

Dated this 18th day of March, 2011.

**EBERLE, BERLIN, KADING, TURNBOW & MCKLVEEN, CHARTERED**

/s/ James A. Wilson
Neil D. McFeeley

James A. Wilson
**VORYS, SATER, SEYMOUR AND PEASE LLP**

Attorneys for Defendant Idahoan Foods, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2011, I electronically filed the foregoing Notice of Joinder with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record.

                                         /s/James A. Wilson
                                     Attorneys for Defendant Idahoan Foods, LLC