Neil D. McFeeley, ISB # 3564
EBERLE, BERLIN, KADING, TURNBOW & MCKLVEEN, CHTD.
1111 West Jefferson, Ste 530
PO Box 1368
Boise, ID 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
E-mail: nmcfeeley@eberle.com

James A. Wilson, Ohio State Bar # 0030704
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-5606
Facsimile: (614) 719-5039
E-mail: jawilson@vssp.com

Attorneys for the Defendant Idahoan Food, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:  FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>   ALL ACTIONS | Case No. 4:10-md-02186-BLW<br><br>JOINDER OF DEFENDANT IDAHOAN FOODS, LLC 'S IN MOTION TO DISMISS BASED ON THE CAPPER-VOLSTEAD ACT AND RELATED STATUTES |

Defendant Idahoan Foods, LLC ("Idahoan") joins in the   Motion to Dismiss Based on the Capper-Volstead Act and Related Statutes   Blaine Larsen, Rigby Produce, Inc., Cornelison Farms, Inc., Lance Funk, Wada Farms, Inc., Wada Farms Potatoes, Inc., Albert T Wada, United II Potato Growers of Idaho, Inc., United Potato Growers of Idaho, Inc., United Potato Growers of America, Inc., Wada-Van Orden Potatoes, Inc., Wada Farms Marketing Group, LLC., Blaine Larsen Farms, Inc., Snake River Plains Potatoes, Inc., Driscoll Potatoes, Inc., Raybould Brothers Farms, LLC, Michael Cranney, and Keith Cornelison filed on March 18, 2011 (Doc. #85 in Case No. 4:10-md-02186-BLW).

Dated this 18th day of March, 2011.

                        **EBERLE, BERLIN, KADING, TURNBOW & MCKLVEEN, CHARTERED**

                        /s/ James A. Wilson
                        Neil D. McFeeley

                        James A. Wilson
                        **VORYS, SATER, SEYMOUR AND PEASE LLP**

                        Attorneys for Defendant Idahoan Foods, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2011, I electronically filed the foregoing Notice of Joinder with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record.

      /s/James A. Wilson
Attorneys for Defendant Idahoan Foods, LLC