Stephen R. Thomas (ISB # 2326)
**MOFFATT THOMAS BARRETT ROCK & FIELDS**
101 S. Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701
Tel: 208-345-2000
Fax: 208-385-5384
srt@moffatt.com

Daniel G. Swanson
Samuel G. Liversidge
Melissa Phan
**GIBSON, DUNN & CRUTCHER LLP**
333 S. Grand Ave.
Los Angeles, CA 90071
Tel: 213-229-7430
Fax: 213-229-6430
dswanson@gibsondunn.com
sliversidge@gibsondunn.com
mphan@gibsondunn.com

*Counsel for Defendants Dole Fresh Vegetables, Inc. and Dole Food Company, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 4:10-md-02186-BLW<br><br>**DOLE DEFENDANTS' JOINDER IN CERTAIN MOTIONS TO DISMISS** |

COME NOW Defendants Dole Fresh Vegetables, Inc. and Dole Food Company, Inc. and, pursuant to Federal Rule of Civil Procedure 12(b)(6) and other applicable law, hereby join the following motions and supporting memoranda filed on or about 18 March 2011 by certain other defendants by and through their law firm of Jones Waldo Holbrook & McDonough PC.

      1.    Motion To Dismiss and Memorandum in Support of Motion to Dismiss Claims Against Certain Defendants And Defendant Associations ( Doc. # 79 in Case No. 4:10-md-02186-BLW);

**DOLE DEFENDANTS' JOINDER IN CERTAIN MOTIONS TO DISMISS - 1**  <span style="font-size:small">Client:1986246.1</span>

  2. Motion to Dismiss and Memorandum In Support Of Motion To Dismiss The Indirect Purchasers' Claims (Doc. # 82 in Case No. 4:10-md-02186-BLW); and

  3. Motion to Dismiss and Memorandum in Support of Motion to Dismiss Based On The Capper-Volstead Act And Related Statutes (Doc. # 85 in Case No. 4:10-md-02186-BLW).

  DATED this 25th day of March, 2011.

         MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

         /s/ Stephen R. Thomas
         Stephen R. Thomas
         101 S. Capitol Blvd., 10th Floor
         Post Office Box 829
         Boise, Idaho  83701
         Telephone  (208) 345-2000
         Facsimile   (208) 385-5384
         srt@moffatt.com

         Daniel G. Swanson
         Samuel G. Liversidge
         Melissa Phan
         GIBSON, DUNN & CRUTCHER LLP
         333 S. Grand Avenue
         Los Angeles, California  90071
         Telephone  (213) 229-7430
         Facsimile  (213) 229-6430
         DSwanson@gibsondunn.com
         SLiversidge@gibsondunn.com
         MPhan@gibsondunn.com

         *Attorneys for Dole Fresh Vegetables, Inc. and Dole Food Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2011, I filed the foregoing **JOINDER IN MOTION TO DISMISS BY DOLE DEFENDANTS'** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | | |
|---|---|---|
| Albert P. Barker<br>abp@idahowaters.com | Allan Steyer<br>asteyer@steyerlaw.com | Andrew G. Deiss<br>adeiss@joneswaldo.com |
| Andrew H. Stone<br>astone@joneswaldo.com | Arthur N. Bailey, Jr.<br>abailey@hausfeldllp.com | Bart M. Davis<br>bmdavis@bmdlaw.net |
| Benjamin Andrew Schwartzman<br>bschwartzman@bwslawgroup.com | Billie J. Siddoway<br>bsiddoway@joneswaldo.com | Bonny E. Sweeney<br>bonnys@rgrdlaw.com |
| Bruce S. Bistline<br>bbistline@gordonlawoffices.com | Carmen A. Medici<br>cmedici@rgrdlaw.com | Chad V. Bonanni<br>chad@essex.bpflegal.com |
| Christopher Emrich Ondeck<br>condeck@crowell.com | Daniel G. Swanson<br>dswanson@gibsondunn.com | Daniel M. Cohen<br>danielc@cuneolaw.com |
| David J. Syrios<br>dsyrios@ademilaw.com | David R. Lombardi<br>drl@givenspursley.com | David T. Biderman<br>dbiderman@perkinscoie.com |
| Donald Amamgbo<br>Donald@amamgbolaw.com | Donald M. Barnes<br>dbarnes@porterwright.com | Douglas A. Millen<br>dmillen@fklmlaw.com |
| Elizabeth McKenna<br>emckenna@milberg.com | Eugene A. Spector<br>espector@srkw-law.com | Gregory L. Crockett<br>gregcrockett@hopkinsroden.ocm |
| Guri Ademi<br>gademi@ademilaw.com | Hollis Salzman<br>hsalzman@labaton.com | James A. Wilson<br>jawilson@vorys.com |
| James E. Hartley<br>jhartley@hollandhart.com | James J. Pizzirusso<br>jpizzirusso@hausfeldllp.com | James S. Lowrie<br>jlowrie@joneswaldo.com |
| Jay L. Himes<br>jhimes@labaton.com | Jay S. Cohen<br>jcohen@srkw-law.com | Jeffrey L. Spector<br>jspector@srkw-law.com |
| John Michael Avondet<br>javondet@beardstclair.com | Jon T. King<br>jking@hausfeldllp.com | Joseph Michael Barton<br>jbarton@glancylaw.com |
| Julio Joaquin Ramos<br>ramosfortrustee@yahoo.com | Kimberly A. Kralowec<br>kkralowec@kraloweclaw.com | Lauren Block<br>lblock@milberg.com |
| Lionel Z. Glancy<br>lglancy@glancylaw.com | Mark A Griffin<br>mgriffin@kellerrohrback.com | Matthew McBurney<br>mmcburney@crowell.com |

| | | |
|---|---|---|
| Matthew S. Wild<br>mwild@wildlawgroup.com | Michael D. Gaffney<br>gaffney@beardstclair.com | Michael Hausfeld<br>mhausfeld@hausfeldllp.com |
| Michael Kowsari<br>mkowsari@girardikeese.com | Michael M. Goldberg<br>mmgoldberg@glancylaw.com | Michael P. Lehmann<br>mlahmann@hausfeldllp.com |
| Mindee J. Reuben<br>reuben@wka-law.com | Monte N. Stewart<br>stewart@belnaplaw.com | Neil D. McFeeley<br>nmcfeeley@eberle.com |
| Paul Novak<br>pnovak@milberg.com | Peter Safirstein<br>psafirstein@milberg.com | Philip Howard Gordon<br>pgordon@gordonlawoffices.com |
| Phillip A. Proger<br>paproger@JonesDay.com | Reginald Von Terrell<br>Reggie2@aol.com | Richard C. Boardman<br>rboardman@perkinscoie.com |
| Robert Rosenfeld<br>rrosenfeld@orrick.com | Ronald J. Aranoff<br>aranoff@bernlieb.com | Salvatore A. Romano<br>sromano@porterwright.com |
| Samuel G. Liversidge<br>sliversidge@gibsondunn.com | Sharron Williams Gelobter<br>sgelobter@yurumeinlaw.com | Shpetim Ademi<br>sademi@ademilaw.com |
| Steven A. Asher<br>asher@wka-law.com | Steven A. Kanner<br>skanner@fklmlaw.com | Steven B. Andersen<br>sandersen@hollandhart.com |
| Stephen Bomse<br>sbomse@orrick.com | Susan G. Kupfer<br>skupfer@glancylaw.com | Wade L. Woodard<br>wwoodard@bwslawgroup.com |
| William L. Greene<br>William.greene@leonard.com | William V. Reiss<br>wreiss@labaton.com | Winston V. Beard<br>winstonbeard@me.com |
| Patrick J. Miller<br>pjm@givenspursley.com | Stacy M. Neal<br>sneal@velaw.com | Phillip B. Dye, Jr.<br>pdye@velaw.com |
| Brian E. Robison<br>brobison@velaw.com | | |

    /s/  Stephen R. Thomas
Stephen R. Thomas

**DOLE DEFENDANTS' JOINDER IN CERTAIN MOTIONS TO DISMISS - 4**   Client:1986246.1