5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: Fresh and Process Potatoes Antitrust Litigation <br> v. <br> _____ | ) ) ) ) ) ) ) ) Case No. <br><br> APPLICATION FOR ADMISSION <br> PRO HAC VICE <br><br> Fee: $200.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____.

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following address and phone number _____

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number: _____

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, _____.

_____   _____
Applicant                                                                                 Designee

Signed under penalty of perjury.

## ATTACHMENT A

**JOYCE RIZZO**

**JOHN BRASHEARS**

**NAVTEJ BHANDARI**

**TAUL LLC**

**BRITTNEY VANDER HEIDEN**

**TRANG NGUYEN**

**KORY PENTLAND**

**ABIGAIL RIZZO**

**JONATHAN RIZZO**