Christopher E. Ondeck (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 624-2500
Fax: (202) 628-5116

Winston V. Beard (ISB No. 1138)
Michael D. Gaffney (ISB No. 3558)
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, ID  83404-7495
Telephone: (208) 523-5171
Fax: (208) 529-9732

*Counsel for Defendant Potandon Produce L.L.C.*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No.: 10-md-02186-BLW<br><br>**POTANDON PRODUCE L.L.C.'S ATTACHMENT 1 TO PRESERVATION ORDER** |

Pursuant to Section III.A.1 of the Preservation Order entered by the Court in the above-captioned litigation on February 2, 2011 (Document No. 61), Defendant Potandon Produce L.L.C. ("Potandon") hereby submits this Attachment 1 to the Preservation Order, which sets forth below its list of Custodians, as agreed upon by the Parties on April 18, 2011:

1. Steven Ottum, Chief Operating Officer
2. Kent Romrell, Senior Vice President of Sales
3. Richard Thomas, Vice President of Sales
4. Jamey Higham, Vice President of Food Service and Business Development
5. Clay Gustaveson, Director of Sales
6. Bernie Pavlock, Sales and Business Development Salesperson
7. Kirt Mockli, Sales Manager
8. Val Lambert, Sales Manager
9. Ralph Schwartz, Director of Category Management and Value-Added Marketing
10. Larry Sieg, Manager Washington Sales
11. Lisa Swenson, Vice President of Finance
12. Melvin Davenport, Senior Vice President of Operations
13. Steve Elfering, Vice President of Operations
14. Kelly Stoddard, Director of Idaho Operations
15. Brit White, Packaging Manager
16. Denny Smith, Quality Assurance Manager
17. Zane Miller, Production Supervisor
18. Jeff Bragg, Director of Product Development
19. PJ Stevens, Fresh Operations Manager

Dated:  April 20, 2011  Respectfully Submitted,


  /s/ Christopher E. Ondeck
Christopher E. Ondeck (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 624-2500
Fax: (202) 628-5116

Winston V. Beard (ISB No. 1138)
Michael D. Gaffney (ISB No. 3558)
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, ID  83404-7495
Telephone: (208) 523-5171
Fax: (208) 529-9732

*Counsel for Defendant Potandon Produce L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2011, a true and correct copy of the foregoing was caused to be filed with CM/ECF with service by electronic mail to the following:

| | | |
|---|---|---|
| Albert P. Barker<br>abp@idahowaters.com | Daniel M. Cohen<br>danielc@cuneolaw.com | Jay S. Cohen<br>jcohen@srkw-law.com |
| Allen Steyer<br>asteyer@steyerlaw.com | David J. Syrios<br>dsyrios@ademilaw.com | Jeffrey Alan LeVee<br>jlevee@jonesday.com |
| Andrew G. Deiss<br>adeiss@joneswaldo.com | Donald Amamgbo<br>Donald@amamgbolaw.com | Jeffrey L. Spector<br>jspector@srkw-law.com |
| Arthur N. Bailey, Jr.<br>abailey@hausfeldllp.com | Donald M. Barnes<br>dbarnes@porterwright.com | John M. Avondet<br>javondet@beardstclair.com |
| Bart M. Davis<br>bmdavis@bmdlaw.net | Douglas A. Millen<br>dmillen@fklmlaw.com | Jon T. King<br>jking@hausfeldllp.com |
| Benjamin Andrew Schwartzman<br>bschwartzman@bwslawgroup.com | Elizabeth McKenna<br>emckenna@milberg.com | Joseph Michael Barton<br>jbarton@glancylaw.com |
| Billie J. Siddoway<br>bsiddoway@joneswaldo.com | Eric P. Enson<br>epenson@jonesday.com | Julio Joaquin Ramos<br>ramosfortrustee@yahoo.com |
| Bonny E. Sweeney<br>bonnys@rgrdlaw.com | Eugene A. Spector<br>espector@srkw-law.com | Kimberly A. Kralowec<br>kkralowec@kraloweclaw.com |
| Brad P. Miller<br>bmiller@hawleytroxell.com | Gregort L. Crockett<br>gregcrockett@hopkinsroden.ocm | Lionel Z. Glancy<br>lglancy@glancylaw.com |
| Bruce S. Bistline<br>bbistline@gordonlawoffices.com | Hollis Salzman<br>hsalzman@labaton.com | Loren Block<br>lblock@milberg.com |
| Carmen A. Medici<br>cmedici@rgrdlaw.com | James A. Wilson<br>jawilson@vorys.com | Mark A Griffin<br>mgriffin@kellerrohrback.com |
| Chad V. Bonanni<br>chad@essex.bpflegal.com | James Pizzirusso<br>jpizzirusso@hausfeldllp.com | Matthew McBurney<br>mmcburney@crowell.com |
| Christopher E. Ondeck<br>condeck@crowell.com | James S. Lowrie<br>jlowrie@jonewaldo.com | Michael M. Goldberg<br>mmgoldberg@glancylaw.com |
| Daniel G. Swanson<br>dswanson@gibsondunn.com | Jay L. Himes<br>jhimes@labaton.com | Michael Hausfeld<br>mhausfeld@hausfeldllp.com |
| Michael D. Gaffney<br>gaffney@beardstclair.com | Richard C. Boardman<br>rboardman@perkinscoie.com | Steven B. Andersen<br>sandersen@hollandhart.com |
| Michael Kowsari<br>mkowsari@girardikeese.com | Robert Rosenfeld<br>rrosenfeld@orrick.com | Susan G. Kupfer<br>skupfer@glancylaw.com |
| Michael P. Lehmann<br>mlahmann@hausfeldllp.com | Ronald J. Aranoff<br>aranoff@bernlieb.com | Wade L. Woodard<br>wwoodard@bwslawgroup.com |

| | | |
|---|---|---|
| Mindee J. Reuben<br>reuben@wka-law.com | Salvatore A. Romano<br>sromano@porterwright.com | William Greene<br>William.greene@leonard.com |
| Monte N. Stewart<br>stewart@belnaplaw.com | Samuel G. Liversidge<br>sliversidge@gibsondunn.com | William V. Reiss<br>wreiss@labaton.com |
| Neil D. McFeeley<br>nmcfeeley@eberle.com | Sharron Williams Gelobter<br>sgelobter@yurumeinlaw.com | Winston Beard<br>winston@beardstclair.com |
| Paul Novak<br>pnovak@milberg.com | Stephen Bomse<br>sbomse@orrick.com | |
| Peter Safirstein<br>psafirstein@milberg.com | Stephen R. Thomas<br>srt@moffatt.com | |
| Philip Howard Gordon<br>pgordon@gordonlawoffices.com | Steven A. Asher<br>asher@wka-law.com | |
| Reginald Von Terrell<br>Reggie2@aol.com | Steven A. Kanner<br>skanner@fklmlaw.com | |

   In addition, a true and correct copy of the foregoing was caused to be sent by electronic mail to the following attorneys not registered to receive electronic notice via CM/ECF:

Phillip A. Proger
paproger@jonesday.com

                      /s/ Christopher E. Ondeck
                      Christopher E. Ondeck