Philip Gordon (ISBN 1996)
Bruce S. Bistline (ISBN 1988)
GORDON LAW OFFICES
623 W. Hays Street
Boise, Idaho 83702
Tel: (208) 345-7100
pgordon@gordonlawoffices.com
bbistline@gordonlawoffices.com

Michael Lehmann
Jon King
Arthur Bailey, Jr.
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
mlehmann@hausfeldllp.com
jking@hausfeldllp.com
abailey@hausfeldllp.com

Michael D. Hausfeld
James J. Pizzirusso
Sathya Gosselin
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Tel: (202) 540-7200
mhausfeld@hausfeldllp.com
jpizzirusso@hausfeldllp.com
sgosselin@hausfeldllp.com

Susan Kupfer
Joseph M. Barton
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Tel : (310) 201-9150
skupfer@glancylaw.com
jbarton@glancylaw.com

Paul F. Novak
MILBERG LLP
One Kennedy Square
777 Woodward Ave., Suite 890
Detroit, MI 48226
Tel: (313) 309-1760
pnovak@milberg.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO: ALL ACTIONS

Case No. 4:10-MD-02186-BLW

**STIPULATED MOTION FOR EXTENSION OF TIME RELATED TO FINAL CUSTODIAN LISTS**

**WHEREAS,** the Preservation Order (Document 61), dated February 2, 2011 requires, at ¶ III.A.1, that any party seeking to add names to the list of Custodians that are

most likely to possess a party's relevant records for the period from January 1, 2004 through the present is required to file such motion within seventy-five (75) days of the entry of the Preservation Order;

**WHEREAS**, all parties served their Disclosures on March 4, 2011 which included their respective lists of Custodians;

**WHEREAS**, all Plaintiffs preserved their rights to dispute the Custodian designations in letters sent to counsel for Defendants dated March 31, 2011;

**WHEREAS**, initial meet and confer conferences have been held and additional follow up on Custodians is necessary in some instances;

**WHEREAS,** meet and confer conferences have not yet been set with every Defendant due to scheduling issues;

**NOW THEREFORE**, the undersigned Plaintiffs and Defendants hereby **STIPULATE** and **AGREE** as follows:

The deadline for any Party to file a motion with the Court seeking to add names to the list of Custodians of any party, as set out in paragraph III.A.1 of the Preservation Order, is extended until May 20, 2011. Any opposition to such motions will be due on June 16, 2011. Any replies will be due on June 30, 2011.

**IT IS SO STIPULATED**.

Dated: April 20, 2011

By: /s/ James J. Pizzirusso
Michael D. Hausfeld
James J. Pizzirusso
Sathya Gosselin
HAUSFELD LLP
1700 K Street, N.W. – Ste. 650
Washington, DC 20006
Tel: (202) 540-7200
mhausfeld@hausfeldllp.com
jpizzirusso@hausfeldllp.com

By: /s/ Billie Siddoway
James S. Lowrie
Andrew G. Deiss
Billie Siddoway
JONES WALDO HOLBROOK & McDONOUGH PC
170 S. Main Street, Ste. 1500
Salt Lake City, UT 84101
Tel: (801) 521-3200
jlowrie@joneswaldo.com

sgosselin@hausfedllp.com

Michael Lehmann
Jon King
Arthur Bailey, Jr.
HAUSFELD LLP
44 Montgomery Street – Ste. 3400
San Francisco, CA 94104
Tel: (415) 633-1908
mlehmann@hausfeldllp.com
jking@hausfeldllp.com
abailey@hausfeldllp.com

Philip Gordon
Bruce S. Bistline
GORDON LAW OFFICES
623 W. Hays Street
Boise, Idaho 83702
Tel: (208) 345-7100
pgordon@gordonlawoffices.com
bbistline@gordonlawoffices.com

***Counsel for Plaintiff Brigiotta's Farmland Produce and Garden Center, Inc. and the Proposed Direct Purchaser Class***

/s/ Susan Kupfer
Susan Kupfer
Joseph M. Barton
GLANCY BINKOW GOLDBERG LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150

adeiss@joneswaldo.com
bsiddoway@joneswaldo.com

Donald M. Barnes
Salvatore A. Romano
PORTER WRIGHT MORRIS & ARTHUR LLP
1919 Pennsylvania Ave., N.W.
Suite 500
Washington, DC 20006-3434
Tel: (202) 778-3056
dbarnes@porterwright.com
sromano@porterwright.com

Steven B. Andersen
HOLLAND & HART, LLP
P.O. Box 2527
Boise, ID 83701
Tel: (208) 342-5000
sandersen@hollandhart.com

***Counsel for Defendants United Potato Growers of Idaho, Inc.; United Potato Growers of America, Inc.; United II Potato Growers of Idaho, Inc.; Cornelison Farms, Inc.; Lance Funk d/b/a Lance Funk Farms; Snake River Plains Potatoes, Inc.; Raybould Brothers Farms LLC; Michael Cranney d/b/a Cranney Farms; Albert T. Wada; Wada Farms, Inc.; Wada Farms Potatoes, Inc.; Wada-Van Orden Potatoes, Inc.; Wada Farms Marketing Group, LLC***

/s/ William L. Greene
William L. Greene
LEONARD STREET AND DEINARD
150 S. Fifth Street, Ste. 2300
Minneapolis, MN 55402
Tel: (612) 335-1500
william.greene@leonard.com

skupfer@glancylaw.com
jbarton@glancylaw.com

Paul F. Novak
MILBERG LLP
One Kennedy Square
777 Woodward Ave., Ste. 890
Detroit, MI 48225
Tel: (313) 309-1760
pnovak@milberg.com

***Counsel for Proposed Indirect Purchasers Class***

/s/ Michael D. Gaffney
Winston V. Beard
Michael D. Gaffney
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, ID 83404-7495
Tel: (208) 523-5171
Winston@beardstclair.com
Gaffney@beardstclair.com

***Counsel for Defendants Pleasant Valley Potato, Inc. and Potandon Potato, Inc. and Potandon Produce, L.L.C.***

/s/ Matthew McBurney
Christopher E. Ondeck
Matthew J. McBurney
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 624-2500
condeck@crowell.com
mmcburney@crowell.com

***Counsel for Potandon Potato, Inc. and Potandon Produce L.L.C.***

Albert P. Barker
BARKER ROSHOLT & SIMPSON
1010 W. Jefferson, Ste. 102
Boise, ID 83701
Tel: (208) 336-0700
apb@iodahowaters.com

**Counsel for Defendant, R.D. Offutt Company**

/s/ Melissa Phan
Daniel G. Swanson
Samuel G. Liversidge
Melissa Phan
GIBSON DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7430
dwanson@gibsondunn.com

Stephen R. Thomas
MOFFATT THOMAS BARRETT ROCK & FIELDS
101 S. Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701
Tel: (208) 345-2000
srt@moffatt.com

***Counsel for Defendants Dole Fresh Vegetables, Inc. and Dole Food Co., Inc.***

/s/ James Wilson
James A. Wilson
VORYS SATER SEYMOUR AND PEASE
52 East Gay Street
Columbus, OH 43215
Tel: (614) 464-5606
jawilson@vorys.com

Neil McFeeley
EBERLE BERLIN KADING TURNBOW & McKLVEEN
P.O. Box 1368
Boise, ID 83701
Tel: (208) 344-8535
nmcfeeley@eberle.com

***Counsel for Defendant Idahoan Foods, LLC***

/s/ Robert Rosenfeld
Robert Rosenfeld
Stephen Bomse
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700
rrosenfeld@orrick.com
sbomse@orrick.com

Monte N. Stewart
Daniel W. Bower
BELNAP STEWART TAYLOR & MORRIS PLLC
12550 W. Explorer Drive, Ste. 100
Boise, Idaho 83713
Tel: (208) 345-3333
stewart@belnaplaw.com
dbower@belnaplaw.com

***Counsel for Defendants Blaine Larsen Farms, Inc., Blaine Larsen, Driscoll Potatoes, Inc. and Rigby Produce, Inc.***