# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 4:10-MD-2186-BLW<br><br>**ORDER** |

Pursuant to the status conference held on **July 19, 2012**, and in order to assist the Court in preparing the next Case Management Order in this case, the Court enters the following Order:

**ORDER**

**IT IS ORDERED:**

1. Although the Court will not issue its Case Management Order until after it receives the parties responses to the items listed below, the following discovery shall commence on **July 23, 2012**:

    a. Each group of plaintiffs (direct purchases and indirect purchasers) shall serve its initial requests for production of documents upon those defendants who have filed answers to the Second Amended Complaints;

ORDER - 1

    b. Plaintiffs shall provide defendants with a proposed draft e-discovery order, which is consistent with the provisions of the Court's Preservation Order;

    c. Notice for the deposition of any party may be served under Federal Rule of Civil Procedure 30(b)(6); and

    d. The parties may begin third party discovery.

2. The parties shall meet and confer in an attempt to reach agreement on the following items. If the parties cannot reach agreement, they shall provide the Court with their respective positions, and the Court will resolve any differences. The parties shall submit their joint proposals and respective positions where no agreement is reached on or before **July 26, 2012**:

    a. Parameters and permitted topics for Rule 30(b)(6) depositions of parties;

    b. Interim deadlines for requests for production so that document discovery can be completed by February 1, 2012;

    c. Commencement and deadline for interrogatories, and any limitations on the number of interrogatories each party may serve.

3. The parties shall also meet and confer in an attempt to reach agreement on the following items. Again, if the parties cannot reach agreement, they shall provide the Court with their respective positions, and the Court will resolve any differences. The parties shall submit their joint proposals and respective positions where no agreement is reached on or before **August 3, 2012**:

    a. Commencement and completion of merits discovery;

    b. Deadline for completion of all discovery;

    c. Deadline for dispositive motions.

DATED: July 20, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 3