UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 4:10-MD-2186-BLW<br><br>**ORDER** |

The Court has before it the parties' Stipulation to Extend Deadlines to File Motions to Compel and to Serve Proposed Search Terms (Dkt. 260). Good cause appearing, the Court will grant the stipulation.

**ORDER**

**IT IS ORDERED:**

1. The parties' Stipulation to Extend Deadlines to File Motions to Compel and to Serve Proposed Search Terms (Dkt. 260) is **GRANTED**.

2. The date by which Plaintiffs must file motions to compel with respect to Plaintiffs' first set of requests for production of documents served on the Answering Defendants, as set forth in Case Management Order No.4 at ¶ 3(a), is extended until **October 12, 2012**.

ORDER - 1

3. The date by which Answering Defendants shall serve their proposed search terms on Plaintiffs, as set forth in Case Management Order No.4 at ¶ 6, is extended until **October 22, 2012**.

DATED: October 1, 2012

B. Lynn Winmill
Chief Judge
United States District Court