UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION | Case No. 4:10-MD-2186-BLW<br><br>**ORDER** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**IT IS ORDERED:**

1. The Stipulation to Extend Deadlines to Conclude the Meet and Confer Process Relating to Search Terms and to Substantially Complete Discovery Production (Dkt. 329) is **GRANTED**.

2. The date by which Plaintiffs and Defendants shall conclude their meet and confer process, as set forth in Case Management Order No. 4 at pages 15-16, is extended until January 11, 2013.

3. If the Parties cannot reach agreement on all search terms, the date by which the Parties shall identify for the Court the search terms upon which they agree and disagree and submit a brief memorandum to the Court is extended until January 16, 2013.

4. The date by which Idahoan and Potandon shall substantially complete their

production of documents is extended from March 1, 2013 until March 15, 2013. The Court understands that moving this deadline will not affect other deadlines listed in CMO No. 4. If the Court is mistaken, the Court expects the parties to be ready to discuss this with the Court at the next status conference, with an understanding that the Court may expect the parties to reassess their stipulation.

DATED: **January 9, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**