UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION | Case No. 4:10-MD-2186-BLW<br><br>ORDER |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**IT IS ORDERED:**

1. Case Management Order No. 5 is Amended as follows:

    a. Completion of Fact Discovery: Fact discovery shall conclude on **July 3, 2014**.

    b. Class Certification Motions:

          i. Direct and indirect purchaser class plaintiffs' Motions for Class Certification and Expert Reports in Support thereof are due on **August 15, 2014**.

          ii. Defendants' Opposition to Motions for Class Certification and Expert Reports in Support thereof are due on **December 12, 2014**.

ORDER - 1

      iii.    Reply Memoranda, and any Expert Reports in Support thereof, are due on **February 13, 2015**.

2.    All remaining deadlines in CMO No. 5 (Dkt. 480) shall remain in effect.

DATED: January 10, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**