UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION** | Case No. 4:10-MD-2186-BLW<br><br>**ORDER** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

**IT IS ORDERED:**

1. On or before **Friday, October 3, 2014**, Potandon Produce L.L.C and AWG shall each file a brief, no more than 20 pages, addressing whether Potandon's counterclaim should proceed on its own track.

2. Briefing on AWG's Motion for Summary Judgment on Defendant Potandon Produce LLC's Counterclaim (Dkt. 694) shall be **STAYED** until further order of the Court.

3. The parties shall meet and confer about resolving issues related to improper disclosure of documents. If the parties cannot resolve the matter, they shall file an appropriate request on or before **Friday, October 3, 2014**.

4. On or before **Wednesday, October 1, 2014**, the parties were to have met and conferred for the purpose of creating a process for determining what needs to be redacted in the filings, what matters need to be submitted to the

Court for determining what can be redacted on the public version of the filings, and for resolving the issue of filing a declaration regarding accuracy of documents.

DATED: October 2, 2014

B. Lynn Winmill
Chief Judge
United States District Court