UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION** | Case No. 4:10-MD-2186-BLW<br><br>**ORDER** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

**IT IS ORDERED:**

1. The case is stayed pending the filing of settlement papers, except as to the Randon Wilson matters.

2. The parties shall provide the Court with settlement documents prepared and signed on or before **April 3, 2015**.

3. AWG shall file a brief on the remand issue on or before **March 27, 2015**.

4. Defendants shall file a response to the remand issue on or before **April 8, 2015**.

**ORDER - 1**

5. The parties shall immediately notify the Court if the settlement agreement falls apart.



DATED: March 18, 2015

B. Lynn Winmill
Chief Judge
United States District Court