# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | Civil Case No. 4:10-md-02186 BLW |
| THIS DOCUMENT RELATES TO: Direct Purchaser Plaintiffs' Action. | | |

## ORDER

Upon consideration of the Motion submitted by Direct Purchaser Plaintiffs' counsel for an award of attorneys' fees and reimbursement of expenses, and incentive awards to the Settlement Class Representatives from the Settlement Fund resulting from the Settlement with all Defendants, as well as the supporting memoranda and exhibits, it is hereby **ORDERED** that:

1. Direct Purchaser Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and for Incentive Awards to Class Representatives (Dkt. 869) is **Granted**.

2. Counsel for Direct Purchaser Plaintiffs are awarded attorneys' fees in the amount of $6,435,000, with accrued interest.

3. Counsel for Direct Purchaser Plaintiffs are awarded reimbursement of litigation expenses in the amount of $1,550,856.38, with accrued interest.

4. Hausfeld LLP, the Court-appointed Chair of the Direct Purchaser Plaintiffs' Executive Committee, is responsible for allocating and distributing attorneys' fees and expenses among counsel for the Direct Purchaser Plaintiffs in a manner

which, in the judgment of the Chair, fairly compensates each firm for its contribution to the prosecution of Plaintiffs' claims.

5. The Court retains jurisdiction over the Settlement Agreement to include resolution of any matters which may arise related to the allocation and distribution of attorneys' fees and expenses.

**IT IS SO ORDERED**.

DATED: December 14, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court